IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDOWU O. OGHOGHO,

        Plaintiff,                    No. CIV S-08-0227 LKK EFB PS

    vs.

TEICHERT CONSTRUCTION
COMPANY, et al.,

        Defendants.             ORDER

_____/

       Plaintiff, proceeding in propria persona, initiated this action on January 30, 2008, by filing a "notice of removal" and an application to proceed in forma pauperis. On February 1, 2008, the magistrate judge issued findings and recommendations that the case be remanded to the Superior Court of the State of California in and for the County of Sacramento. This recommendation was based on the improvident removal of the state court case by plaintiff. *See* 28 U.S.C. § 1441(a) (only a defendant or defendants may remove a state court case to district court). The district judge adopted those findings and recommendations in full, and judgment was entered April 8, 2008. On April 23, 2008, plaintiff filed a notice of appeal and an application to proceed in forma pauperis on appeal.

       Rule 24(a) of the Federal Rules of Appellate Procedure provides that a "party to a district-

1

court action who desires to appeal in forma pauperis must file a motion in the district court." Fed. R. App. P. 24(a)(1).  "If the district court denies the motion, it must state its reasons in writing."  Fed. R. App. P. 24(a)(2).  Here, the face of plaintiff's application reveals that his appeal is not taken in good faith and that he is not entitled to redress.  Specifically, he challenges the district court's order remanding his case back to state court pursuant to 28 U.S.C. § 1441(a).  Based on the foregoing, the court denies plaintiff's application to proceed in forma pauperis on appeal.

DATED:  June 16, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT